## Exhibit A to the Complaint

**Location:** New York, NY  **IP Address:** 98.7.227.222
**Total Works Infringed:** 44  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 05FC443BCCF844BDAE6F0A203C802D0DC75EA9FC  File Hash: 250D667E055961E011A284E44247C15471F732169215852A4AF8523CBD803486 | 06/15/2020 00:50:45 | Tushy | 06/14/2020 | 06/25/2020 | PA0002255507 |
| 2 | Info Hash: 945AAF0C9C854D5B60F5EE8F1622E338EBA981D8  File Hash: 5AC68692228A3B2A3A25488CDD65D6450EB76077068E4307478F33FA90A1C6F3 | 02/04/2021 07:30:53 | Tushy | 01/03/2021 | 02/02/2021 | PA0002280504 |
| 3 | Info Hash: 84D00D2726680643D60942151C2D530ABE7720AD  File Hash: 9506CE614E169AFBCA26B6AFDE1E3395C493CDF7D5E469136138FD1925DD21B0 | 01/31/2021 09:12:38 | Vixen | 12/18/2020 | 01/04/2021 | PA0002277038 |
| 4 | Info Hash: F2FDB63F71CEAC78908689947A30E091D5A496A9  File Hash: 95E75F62DED2FEE643032A4D83B87C151C656BD3D6733F8115A20AC9E7E7C3E2 | 01/26/2021 19:32:30 | Vixen | 01/08/2021 | 02/02/2021 | PA0002280513 |
| 5 | Info Hash: A04B5C9F2FFE2F38ED44CA4CCAECAD08E7A3EEB4  File Hash: A3077F8A98F8340FA6D9F1FFEA26C6D35D19C79F7223BF99DAF69FAD4BAAD72A | 01/26/2021 02:29:15 | Vixen | 12/25/2020 | 02/02/2021 | PA0002280511 |
| 6 | Info Hash: 36FD6749FE3D3133128EF029EBB265F3A1E4FF00  File Hash: B5A87122E0781EC7708AE5554185460497AAB213DCB856A35968E05460B15041 | 01/12/2021 04:56:38 | Blacked | 11/14/2020 | 11/30/2020 | PA0002266362 |
| 7 | Info Hash: 554DA433BBD1A74722AB96183F051B973587EC4D  File Hash: C6887594D6BB4782DF65AF67A0D9227C86FB098054E59E9CD8FF5C2FA12951E1 | 01/12/2021 04:53:56 | Blacked Raw | 11/16/2020 | 11/30/2020 | PA0002266360 |
| 8 | Info Hash: 00BA70A078F13AE839958FBA18AC5BB33B1704EE  File Hash: B67B8E039D337933CA821EF10D89DB0D8FC6EBE0618BF96BACDD7B0DC1360E49 | 12/27/2020 18:04:35 | Blacked Raw | 10/26/2020 | 11/18/2020 | PA0002272624 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 988F927F90E134982B8CD3978EF27BA55E205C53<br>File Hash: C607FD8C292C7B36EDD3B9909EA0E140BD496CC2BB18EF39A85D525A249E99D5 | 12/26/2020 18:07:36 | Tushy | 12/20/2020 | 01/05/2021 | PA0002269960 |
| 10 | Info Hash: 846CCA7D98DA5CADD7D4E415EBA6B2204447AC63<br>File Hash: 24E9CEB0B54A1177FC97999A606CB7847BBB97C2DD69EEFA787D67023FAD43B2 | 12/23/2020 09:56:47 | Blacked Raw | 10/19/2020 | 11/05/2020 | PA0002263389 |
| 11 | Info Hash: 8EE76A64B8F78296D8BA6D3C77273B99EC1B5081<br>File Hash: 80798E7C3C20BA507A00B6BF10247DB476510EFD3FA7C31B1D420B617065C577 | 12/10/2020 15:54:45 | Tushy | 12/06/2020 | 12/28/2020 | PA0002269080 |
| 12 | Info Hash: 957F8326029DE1CDC0FBEFE8DFFF74ED3D9A5608<br>File Hash: DFB38683B126E2B174C9E84454E19727BAACB4FBD834B8F33BB930EEC44D0706 | 12/10/2020 13:23:54 | Blacked Raw | 12/07/2020 | 12/28/2020 | PA0002269082 |
| 13 | Info Hash: 09D65CC86F342595894E6E1AAC1BE37224B9F637<br>File Hash: 2A8F20D68655A1CAE08353247050546D2AB13AADF18DFAE66DE218D7F169C6DB | 09/27/2020 22:19:17 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |
| 14 | Info Hash: BE4B46F6A8ABD1186B038D994500B6EB1DD7EF7E<br>File Hash: 684FE6046532A3C8C95795967C62F4D68F1C62AEDF616E01E2DBE8BBCDB23C91 | 08/04/2020 00:14:27 | Blacked Raw | 08/03/2020 | 08/31/2020 | PA0002265631 |
| 15 | Info Hash: FECD3CCD086C37EEB48BFFBDD535FAE85BC0FA92<br>File Hash: 34E9362340A0525EE9FD2683F4C942C7C028193AA5AC968E9D2DF80AA8B7273E | 08/02/2020 12:31:45 | Blacked | 08/01/2020 | 08/11/2020 | PA0002252255 |
| 16 | Info Hash: A9B652891F923FA4B1F6090BABF9E9299A23C6A4<br>File Hash: 948398B9693BBBF102BD10D0BCEA42798BB70A3DDCAC20A0A1F9F8252076F9B2 | 07/30/2020 07:23:17 | Blacked | 06/27/2020 | 07/17/2020 | PA0002248593 |
| 17 | Info Hash: C422B5A51FDCCA3AF8EE933ACC0B4E7648B6A4BA<br>File Hash: CA496CE59F2203BD26ADBC196B8C3764225AFB30AD840E8F38CE84B92DDE8F83 | 07/20/2020 05:54:59 | Vixen | 07/17/2020 | 08/11/2020 | PA0002252259 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 97BB06A5FAE902A8493E12B8BD16CC02E8097CD2<br>File Hash: B7DDBD032732E32A3E0F430C80D430476C336107C9BC2E7E39BF104EAACA6E6B | 07/06/2020 11:56:38 | Tushy | 07/05/2020 | 07/20/2020 | PA0002248967 |
| 19 | Info Hash: 6FB81CC4C0C7CECB8DC45456A5C85A4D6F373423<br>File Hash: 414F701157141B3655F9320B49B931C781F5CE976B3CC83063EC291ED5B584A9 | 06/26/2020 23:21:28 | Vixen | 06/26/2020 | 08/03/2020 | PA0002259094 |
| 20 | Info Hash: ADC6F231FE7F58D641F65B08DBBDE1CB5B7D01E6<br>File Hash: 4583AC60B0A8B993DBD98607FB2A64A7BFB9776A97E1D9408D63A98763FF2732 | 05/10/2020 20:18:21 | Tushy | 05/10/2020 | 06/16/2020 | PA0002253266 |
| 21 | Info Hash: 24A64BE5C3820F898A670007F7B072A805BD9DDF<br>File Hash: 2660E35C524E89782B4DF17995C883976A29E7EA796614E16437CBF8AEFB02B0 | 05/09/2020 20:31:05 | Blacked | 05/09/2020 | 06/08/2020 | PA0002243649 |
| 22 | Info Hash: BD46BCA2E91B2EB9645EF46BC37BB0D84F70F5CC<br>File Hash: 3D8FC25742F2CCB8C7A72683B3BB552213CACC15AC759F2E24DCF78105AF6E7B | 05/05/2020 00:59:41 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 23 | Info Hash: 27CA105685DB67F2C5057E668CD3B938AD095579<br>File Hash: 89BDA1E7C19EBA8FDBDB4F7A6994AFA3C1D21B7B5EE8CD09769CB02862D66E7F | 04/24/2020 18:24:24 | Vixen | 04/17/2020 | 04/22/2020 | PA0002237694 |
| 24 | Info Hash: 1EB9F1FD518011DA81313D9C95C13D2DAF986DEA<br>File Hash: BE0714950BAE66935380D8A295E3561971B9A96907AC462560C210D5E728F711 | 04/19/2020 00:10:41 | Blacked | 04/18/2020 | 05/19/2020 | PA0002241472 |
| 25 | Info Hash: AD65921C97F1212835244327AA77C1045054B59E<br>File Hash: 80DE55C53680A41C4EAC7A40BA17581086899EC79B9D48D6F887537A61B43E63 | 04/05/2020 20:49:38 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 26 | Info Hash: 86B1C8A7FDEE618CD10DE947ED507CA54BC4F149<br>File Hash: 532699269D5BDEA165CC77048507F0256DA013FE36322A4CA4AFA99743D7692A | 04/04/2020 06:58:18 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 8FFA898B2223F0A11776B90689F0C8CE0ABF0DAB<br>File Hash: 1C9DC840D9E042EFF6A3BEDAC8D901D63DF6BDCCA4A91E0D5C7CF2280CA0D3BB | 02/14/2020 19:33:03 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 28 | Info Hash: 51185C8E96E19B9F1E7F47647B98DF3434B759E7<br>File Hash: 6B098BF2E80EEDDB400147CC15800C70F6D28144076E1A4FA10FB91BEB977CCE | 02/14/2020 08:58:26 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |
| 29 | Info Hash: B2A0ED65FF4957BEEE2640BEB71398509EC2B4A7<br>File Hash: 4D5114E4D11A3B7FB2957BAC4D247344E80E60BE4EC77AE7D0A77CBDF33A59E2 | 01/28/2020 05:44:18 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |
| 30 | Info Hash: 3AFA5D1A4DDDF15739192F86AD64E4711A2F7A32<br>File Hash: AA1312A9C012D8F7A0E54B5B2003A8B4E45675E08691880B56BA0028918B8DE3 | 01/25/2020 00:29:52 | Vixen | 01/24/2020 | 03/15/2020 | PA0002240434 |
| 31 | Info Hash: 3ACBE993E8EE7F5AFD152A2C63B1ABFDC8C99B5B<br>File Hash: F8B532C2A50F91424175E94BD17DEBCBF4490F8F4E8D40C32887E1DD4C68269C | 01/20/2020 02:23:52 | Vixen | 01/19/2020 | 02/20/2020 | PA0002237691 |
| 32 | Info Hash: 6D6193F0C057B0F3C18FC0CB3B1A80853041ADED<br>File Hash: 44F413BAED22D9298F3254BD630E26FC5263D42429DEB597D298E72F6438D61D | 01/02/2020 08:20:05 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 33 | Info Hash: 263D11C79580408D4B52ED5DE10FFFFD8DEFCB71<br>File Hash: 79B4AAAC410E5E0EC7DC7E0A29DD342F0444CD533F82C9970302631932F19AC0 | 12/26/2019 23:01:30 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 34 | Info Hash: 2DD0D464E3E26963CC9F1625A25165C5C9A47303<br>File Hash: C318E83054D6AB1751514C8753909E63ED0F2385D50CA45AC2F1F33036804C5B | 12/26/2019 06:43:54 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 35 | Info Hash: 875860643F1F06BC7FAD0E66A380D13110313538<br>File Hash: A3D96824E2BE42665C0496436E594DE0E56DF8DCF27363F7E73FC8EB90BD11C6 | 12/19/2019 03:28:18 | Tushy | 12/17/2019 | 01/22/2020 | PA0002234859 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 84E3BECE3CADAE5C5DE913EEBC5F353240357A56<br>File Hash: A27BD0DC662A8E494AD2DF17811179E86B6B9837BA8D162AEAE0C027D35B8BA2 | 12/11/2019 00:13:58 | Vixen | 12/10/2019 | 01/03/2020 | PA0002233429 |
| 37 | Info Hash: 7DC5428D1EBD837307A66BC522B52C7F3CEE7870<br>File Hash: C455654BF7784E8149B6E0152E69AACE89147C51F998F8EF2E9AC934570FCC34 | 11/26/2019 06:52:36 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 38 | Info Hash: A9D920AC4B609531A8B0CFD947B0922A06463888<br>File Hash: 9C26A6317B6364A827E584CAAC25A9AC9A36801DC96D3C5870789E6D52380594 | 11/22/2019 03:20:24 | Blacked | 11/21/2019 | 12/09/2019 | PA0002216266 |
| 39 | Info Hash: 93E3EBFDCBDB9F8B24F49167AED42356CB6B5797<br>File Hash: 5759CF1E96FE88B6319B0B4C5701F96F1C69FDEC2F5412AA7F336D7204658F08 | 11/19/2019 10:08:21 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 40 | Info Hash: 0E88A66CCAB0C708774C78CAEFEBEC4EEDBEACCF<br>File Hash: 607A12C013F9B75E0B48C01A9B1D64908F15FDDEAE6F90A85FEAC18574F98C88 | 11/18/2019 22:12:55 | Blacked Raw | 11/18/2019 | 12/09/2019 | PA0002216261 |
| 41 | Info Hash: 5C0DEE0CE8B141D07B3755DB6D56508193B98245<br>File Hash: 95EC2036CC70D63369DA8697C1E368B3C5FB6F4432C39E1391DA61F50036E179 | 11/04/2019 02:50:12 | Blacked Raw | 10/09/2019 | 11/05/2019 | PA0002210286 |
| 42 | Info Hash: 9129C8000A972FB605AA21176EC92A7B890979AB<br>File Hash: 5DF83ACD7891971173F2A56E238AE8352571D5F4AF56F7B997E09FB7011F869D | 11/01/2019 02:51:47 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 43 | Info Hash: A84550139B96B81C79D196C610815A8E328D6E15<br>File Hash: 1DE2D9E869E9BF75352E0E487F149308BF0391AB691AC7DFFA93B8257F0D37B6 | 10/29/2019 23:33:45 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 44 | Info Hash: 219BC0BC67C63963FA0AA9EF310C09EC4BCE055A<br>File Hash: 2E0E176FABD9043446C0F4168909C85A493935DCEB3D9CE7657651CC7664390F | 10/26/2019 21:16:34 | Vixen | 10/26/2019 | 11/05/2019 | PA0002227099 |